872 F.2d 342
 Raymond Herschel JOHNSON, Sr., Petitioner-Appellant,
v.
Jack COWLEY, Warden, of Joseph Harp's Correctional Center,
et al., Respondent- Appellee.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
UNITED STATES DISTRICT COURT FOR the WESTERN DISTRICT OF
OKLAHOMA, Respondent.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Jack COWLEY, Warden; Unknown Named Warden of Jess Dunn
Correctional Center; Gary Maynard, Director for
the Oklahoma Department of Corrections,
Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Jack COWLEY, Warden, Respondent.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
STATE OF OKLAHOMA; Secretary of Health and Human Services,
Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner-Appellant,
v.
Jack COWLEY, Warden, Joseph Harp Correctional Center; Gary
Maynard, Director, Oklahoma Department of
Corrections; State of Oklahoma,
Respondents-Appellees.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Sam PRESTON, Unit Manager; Jack Cowley, Warden, Joseph Harp
Correctional Center, Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Jack COWLEY; Joann Shepard, Health Administrator; D.
Bradley, Dental Assistant; Dr. R.L. Warren,
Dentist, Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Jack COWLEY, Warden; Gary Maynard, Director, D.O.C.; Henry
Bellmon, Oklahoma State Governor; Robert Macy, District
Attorney; Oklahoma Pardon and Parole Board Members;
Clarence Harkins, Jr.; Augusta E. Mann, Marzee Douglass,
Carl B. Hamm, Farrell Hatch, Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner-Appellant,
v.
STATE OF OKLAHOMA; William F. Yeager, Warden; Gary F.
Maynard, Director for the Oklahoma Department of
Corrections, Respondents-Appellees.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Bernie BISHOP, Principal and Leisure Library Supervisor;
Janice Brewer, Law Librarian, Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Bernie BISHOP, Supervisor; William F. Yeager, Warden, Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
William F. YEAGER, Warden; John Wilson, Unit Manager;
Sergeant Wheats, Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
William F. YEAGER, Warden; John S. Wilson, Unit Manager;
G.D. Lowe, Property- Officer, Respondents.
Raymond Herschel JOHNSON, Sr., Petitioner,
v.
Mark SHIPMAN, Correctional Case Manager 2CD, Respondent.
 Nos. 87-8065, 87-8070, 88-8001, 88-8017, 88-8027, 88-8039,
88-8040, 88-8077, 88-8085, 89-505, 89-511, 89-512,
89-513, 89-515 and 89-516.
 United States Court of Appeals,
Tenth Circuit.
 April 11, 1989.
 
 ORDER
 Before TACHA, BALDOCK, and BRORBY, Circuit Judges.
 
 
 1
 By these cases, commenced in the court's original jurisdiction, petitioner alleges numerous petty grievances against prison officials. In each case, petitioner seeks leave to proceed in forma pauperis.
 
 
 2
 The underlying pleadings are vague, rambling, replete with legalistic jargon, and characteristic of numerous papers filed previously by petitioner in other cases. Since 1980, petitioner has commenced fifty-four cases in the court's original jurisdiction, in addition to some thirty-three appeals he has filed (See Appendix A).
 
 
 3
 The subject matter of these cases is conspicuously inappropriate for this court's original jurisdiction. For that reason they are frivolous. Those who invoke the court's jurisdiction are charged with both the knowledge of the limits of that jurisdiction and the rules of procedure. We conclude that petitioner has long engaged in a pattern of litigation activity which is manifestly abusive. Appropriate restriction on a litigant's ability to commence abusive litigation in forma pauperis is within the inherent powers of the court. In re McDonald, --- U.S. ----, 109 S.Ct. 993, 103 L.Ed.2d 158 (1989); Cotner v. Hopkins, 795 F.2d 900 (10th Cir.1986).
 
 
 4
 Because petitioner has repeatedly abused the original jurisdiction of this court, we direct the clerk not to accept further petitions from petitioner for extraordinary writs which allege only grievances against prison officials unless the required docketing fee is paid and all other rules of procedure have been satisfied.
 
 
 5
 It is further ordered that petitioner will be allowed fifteen days from the date of this order to pay the required filing fee in each of the above cases. If petitioner fails to pay the required filing fee within the time allowed, these cases will be dismissed without further notice.
 
 
 6
 APPENDIX A
Termination Case Nos. Opposing Party Case Type Disposition
 Date
08/15/80 801596 Meachum Appeal Dismissed
02/26/81 801034 Parke Appeal Reversed
05/04/83 822377 Leo Appeal Affirmed
02/16/84 832631 Murphy, Warden Appeal Dismissed
03/15/84 848006/ West, Warden Mandamus Denied
 841355
09/27/84 848039 U.S. Social Mandamus Denied
 Security
11/01/84 841692 Gobel Appeal Affirmed
11/14/84 848049/ USDCWD/Okla. Mandamus Denied
 84/2576
11/27/84 841466 Franklin Appeal Dismissed
03/04/85 842143 Brewer Appeal Affirmed
03/06/85 842364 Richards Appeal Affirmed
04/10/85 858010/ Brown, Warden Mandamus Denied
 851534
07/10/85 841673 Angelone Appeal Dismissed
07/12/85 858021/ West, Warden Mandamus Denied
 852033
08/26/85 858047/ USDCWD/Okla. Mandamus Denied
 852276
10/01/85 858040/ Brown, Warden Mandamus Denied
 852451
10/25/85 851827 Brown, Warden Appeal Dismissed
11/25/85 851820 Kirkpatrick Appeal Dismissed
12/06/85 842153 McDaniel Appeal Affirmed
02/24/86 852449 Brown, Warden Appeal Dismissed
04/02/86 868018/ WD/Okla. Mandamus Denied
 861502
04/14/86 868020/ WD/Okla. Mandamus Denied
 861565
04/25/86 851762 Unknown Proprietor Appeal Affirmed
04/25/86 868025/ Secretary of HHS Mandamus Denied
 861575
05/30/86 868040/ Barton Mandamus Denied
 861804
06/02/86 868031/ Maynard, Warden Mandamus Denied
 861816
06/02/86 868032/ Douglas, Warden Mandamus Denied
 861818
06/02/86 868036/ USDC WD/Okla. Mandamus Denied
 861814
06/20/86 868045/ USDC WD/Okla. Mandamus Denied
 861920
06/27/86 868046/ Douglas, Warden Mandamus Denied
 861952
07/21/86 841162 Barnes Appeal Affirmed
07/21/86 842558 Rolland Appeal Affirmed
08/08/86 868039/ USDC Mandamus Denied
 862178
08/11/86 868055/ Warden Mandamus Denied
 862183
08/11/86 868041/ USDC Mandamus Denied
 862181
09/11/86 861812 Shillinger Appeal Dismissed
09/18/86 868071/ USDC Mandamus Denied
 862379
09/18/86 868076/ USDC Mandamus Denied
 862383
09/26/86 868072/ Okla. Dept/Correct. Mandamus Denied
 862416
10/22/86 852206 Brown, Warden Appeal Affirmed
10/24/86 852627 Naman Appeal Affirmed
10/30/86 868080/ Williams (really Mandamus/Prohibi- Denied
 tion
 862582 Johnson) v. Miller
11/03/86 868088/ Maynard, Warden Mandamus/Prohibi- Denied
 tion
 862592
11/03/86 862592 Maynard Mandamus Denied
11/05/86 868086/ State of Oklahoma Mandamus Denied
 862605
11/25/86 868101/ Maynard, Warden Prohibition/Habe- Denied
 as
 862714 Corpus
12/05/86 868092/ Both Oklahomas Mandamus Denied
 862776
12/15/86 868099/ Maynard, Warden Mandamus/Prohibi- Denied
 tion/
 862813 Habeas Corpus
01/05/87 868109/ USDC Mandamus Denied
 871000
01/14/87 868114/ Oklahoma Department Mandamus Denied
 871061
01/14/87 868124 USDC Mandamus Dismissed
02/25/87 862644 Shillinger Appeal Dismissed
03/23/87 862256 Chadwick Appeal Dismissed
03/25/87 878016 State of Oklahoma Habeas Corpus Fee Paid
06/16/87 862726 Meachum Appeal Affirmed
06/29/87 862831 Hill Appeal Dismissed
08/07/87 878039 Saffle Mandamus Denied
08/26/87 862739 Shillinger Appeal Affirmed
10/08/87 878027/ USDC Mandamus Denied
 872463
10/21/87 878045/ USDC Mandamus Denied
 882627
10/22/87 862751 Shillinger Appeal Dismissed
10/28/87 878044/ Gray Mandamus Denied
 872583
10/29/87 872584 Oklahoma Department Appeal Dismissed
10/29/87 878021/ Oklahoma Department Prohibition Denied
 872015
10/29/87 862366 Hartless Appeal Dismissed
12/17/87 872012 Oklahoma Department Appeal Dismissed
03/22/88 881407 USDC Prohibition Denied
04/13/88 872654 Warren Appeal Dismissed
04/28/88 872656 Bynum Appeal Dismissed
04/28/88 871199 Sup. Ct. of Wyoming Appeal Affirmed
08/26/88 872550 Gorman Appeal Dismissed
12/27/88 881933 Cowley Appeal Affirmed
Cases Pending (March 8, 1989):
 878065 Cowley Habeas Corpus
 878070 USDC Mandamus
 888001 Cowley Mandamus
 888017 Cowley Mandamus
 888027 State of Oklahoma Mandamus
 888039 Cowley Mandamus
 888040 Preston Mandamus
 888077 Cowley Mandamus
 888085 Cowley Mandamus
 89505 State of Oklahoma Habeas Corpus
 89511 Bishop Prohibition
 89512 Bishop Prohibition
 89513 Yeager Prohibition
 89515 Yeager Habeas Corpus
 89516 Shipman Prohibition